IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 APR 19 AM 10 4

ROBERT R. DI ___
CLERK, U.S. DI___ CT.
W.D. OF TN, MEMPHIS

MARK W. BRYAN,

    Petitioner,

VS.

                NO. 01-2564-Ma

JOHN MALCOLM DAVIS, Warden,

    Respondent.

## ORDER ALLOWING RESPONDENT TO WITHDRAW MOTION TO ALTER OR AMEND JUDGMENT

Before the court is respondent's April 15, 2005 motion to withdraw his motion to alter or amend judgment which was filed on April 13, 2005. For good cause shown, the respondent's motion to withdraw is granted.

It is so ORDERED this 18th day of April, 2005.

_[signature]_

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 4-19-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 62 in case 2:01-CV-02564 was distributed by fax, mail, or direct printing on April 19, 2005 to the parties listed.

---

Brett B. Stein
FINLEY & STEIN
236 Adams Avenue
Memphis, TN 38103

Elizabeth Marney
OFFICE OF THE ATTORNEY GENERAL
425 Fifth Avenue, N
2nd Floor
Nashville, TN 37243--049

Richard Kirschner
KIRSCHNER & GARTRELL, PC
4910 Mass Ave., NW
Ste. 215
Washington, DC 20016

M. Kay Gartrell
KIRSCHNER & GARTRELL, PC
4910 Mass Ave., NW
Ste. 215
Washington, DC 20016

Honorable Samuel Mays
US DISTRICT COURT