IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MARK W. BRYAN,

    Plaintiff,

VS.                      NO. 01-2564-Ma

WAYNE BRANDON,

    Defendant.

---

ORDER GRANTING MOTION TO CONTINUE HEARING

---

Before the court is defendant's June 17, 2005, motion to reset the hearing which is presently set on July 1, 2005. For good cause shown, the motion is granted. The detention hearing is **reset** to **Friday, July 15, 2005, at 2:00 p.m.**

It is so ORDERED this 22nd day of June, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-24-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 78 in case 2:01-CV-02564 was distributed by fax, mail, or direct printing on June 24, 2005 to the parties listed.

---

Elizabeth Marney
OFFICE OF THE ATTORNEY GENERAL
425 Fifth Avenue, N
2nd Floor
Nashville, TN 37243--049

M. Kay Gartrell
KIRSCHNER & GARTRELL, PC
4910 Mass Ave., NW
Ste. 215
Washington, DC 20016

Brett B. Stein
FINLEY & STEIN
236 Adams Avenue
Memphis, TN 38103

Richard Kirschner
KIRSCHNER & GARTRELL, PC
4910 Mass Ave., NW
Ste. 215
Washington, DC 20016

Honorable Samuel Mays
US DISTRICT COURT