IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MARK W. BRYAN,

    Petitioner,

VS.                    NO. 01-2564-Ma

WAYNE BRANDON,

    Respondent.

---

ORDER GRANTING MOTION TO EXPEDITE FILING OF DISCLOSURE STATEMENTS

---

    Before the court is petitioner's June 30, 2005, motion to expedite the exchange and filing of disclosure statements. Respondent does not oppose the motion but requests that the disclosure deadline be Monday, July 11, 2005. Counsel for petitioner does not object. For good cause shown, the motion is granted. The parties will exchange and file their disclosure statements by 4:30 p.m. on Monday, July 11, 2005.

    It is so ORDERED this 11th day of July, 2005.

                                SAMUEL H. MAYS, JR.
                                UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-12-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 84 in case 2:01-CV-02564 was distributed by fax, mail, or direct printing on July 12, 2005 to the parties listed.

---

Brett B. Stein
FINLEY & STEIN
236 Adams Avenue
Memphis, TN 38103

Elizabeth Marney
OFFICE OF THE ATTORNEY GENERAL
425 Fifth Avenue, N
2nd Floor
Nashville, TN 37243--049

Richard Kirschner
KIRSCHNER & GARTRELL, PC
4910 Mass Ave., NW
Ste. 215
Washington, DC 20016

M. Kay Gartrell
KIRSCHNER & GARTRELL, PC
4910 Massachusetts Ave., NW
Ste. 215
Washington, DC 20016

Honorable Samuel Mays
US DISTRICT COURT