IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 AUG -5 PM 1:38
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

MARK W. BRYAN,

    Petitioner,

VS.                              NO. 01-2564-Ma

JOHN MALCOLM DAVIS,

    Defendant.

ORDER GRANTING MOTION TO SUBSTITUTE ORDER

Before the court is respondent's August 4, 2005, motion requesting permission to withdraw the Opposition to Petitioner's Application for Certificate of Appealability dated August 1, 2005, and substitute the final draft of the opposition dated August 3, 2005. For good cause shown, the motion is granted. Respondent may withdraw the August 1, 2005, Opposition and substitute the Opposition dated August 3, 2005.

It is so ORDERED this 5th day of August, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-8-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 95 in case 2:01-CV-02564 was distributed by fax, mail, or direct printing on August 8, 2005 to the parties listed.

---

Elizabeth Marney
OFFICE OF THE ATTORNEY GENERAL
425 Fifth Avenue, N
2nd Floor
Nashville, TN 37243--049

Richard Kirschner
KIRSCHNER & GARTRELL, PC
4910 Mass Ave., NW
Ste. 215
Washington, DC 20016

Brett B. Stein
FINLEY & STEIN
236 Adams Avenue
Memphis, TN 38103

M. Kay Gartrell
KIRSCHNER & GARTRELL, PC
4910 Massachusetts Ave., NW
Ste. 215
Washington, DC 20016

Honorable Samuel Mays
US DISTRICT COURT